**No. 09-9185. Adnan Alisic, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2353.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 778.

**No. 09-9188. Terry Lee Flenory, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2486.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9189. Donald Turner, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2438.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 583 F.3d 1062.

**No. 09-9190. Gary Robinson, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2373.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 337 Fed. Appx. 368.

**No. 09-9198. Gerald D. Naha, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1928, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2405.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-9199. William Howard O'Neil, Jr., Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2455.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 859.

**No. 09-9200. Jose Pilar Perez-Lopez, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2524.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 796.

**No. 09-9201. Eric Charles Jordan, Petitioner v. United States.**

559 U.S. 1024, 130 S. Ct. 1929, 176 L. Ed. 2d 396, 2010 U.S. LEXIS 2466.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 335 Fed. Appx. 690.